# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN COLLINS,<br><br>           Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director Nebraska Department of Correctional Services - Individual and Official Capacity; ROBERT MADSEN, Deputy Director of Nebraska Department of Correctional Services, - Individual and Official Capacity; and J. CONROY, Unit 4 Manager (Nebraska State Penitentiary) - Individual and Official Capacity;<br><br>           Defendants. | **8:18CV270**<br><br>**MEMORANDUM AND ORDER** |

On February 6, 2019, the court determined Plaintiff's Complaint ([filing nos. 1 & 17](#)) failed to state a claim for relief and ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. The court subsequently granted Plaintiff an extension of time until June 6, 2019, to file an amended complaint. ([Filing No. 25](#).) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 20th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge